IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

MAR 04 2005

| | | |
|---|---|---|
| Justin Wier | ) | |
|     Plaintiff | ) | |
| | ) | CV 04-3049-PHX-NVW-VAM |
| | ) | |
| Adobe Mountain School, et al. | ) | |
| | ) | |
| | ) | |
|     Defendants | ) | |
| | ) | **JUDGMENT** |

    This action having come before the Court, the issues having been considered, and a decision having been rendered,

    IT IS ORDERED AND ADJUDGED that, having failed to comply with this Court's Order, Plaintiff shall take nothing and this complaint and action are hereby dismissed without prejudice.

    DATED this 4 day of March, 2005, at Phoenix, Arizona.


                                   RICHARD H. WEARE
                                   District Court Executive/Clerk of Court

                                   By_____
                                   Deputy Clerk

